| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| _____ District of _____ |
| (State) |
| Case number (*If known*): _____ Chapter _____ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name** _____

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  8 1 – 1 8 2 1 0 6 5

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | _____ <br> Number  Street | _____ <br> Number  Street |
   | _____ | _____ <br> P.O. Box |
   | _____ <br> City  State  ZIP Code | _____ <br> City  State  ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | _____ <br> County | _____ <br> Number  Street |
   | | _____ |
   | | _____ <br> City  State  ZIP Code |

5. **Debtor's website** (URL) _____

Debtor _____ Case number *(if known)* _____
        *Name*

| | | |
|---|---|---|
| 6. | **Type of debtor** | ❑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>❑ Partnership (excluding LLP)<br>❑ Other. Specify: _____ |
| 7. | **Describe debtor's business** | A. *Check one:*<br>❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❑ Railroad (as defined in 11 U.S.C. § 101(44))<br>❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>❑ None of the above<br><br>B. *Check all that apply:*<br>❑ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br><br>   5   6   1   7 |
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*<br>❑ Chapter 7<br>❑ Chapter 9<br>❑ Chapter 11. *Check all that apply*:<br>    ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ❑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ❑ A plan is being filed with this petition.<br>    ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>❑ Chapter 12 |

Debtor _____    Case number (*if known*)_____
       Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No
☐ Yes. District _____ When _____ Case number _____
                                MM / DD / YYYY
     District _____ When _____ Case number _____
                                MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☐ Yes. Debtor _____ Relationship _____
     District _____ When _____
                                    MM / DD / YYYY
     Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                          Number     Street
                 _____
                 _____  _____  _____
                 City                              State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
          Contact name _____
          Phone _____

**Statistical and administrative information**

Debtor _____   Case number *(if known)*_____
       <sub>Name</sub>

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|

| 14. | **Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|

| 15. | **Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>I have been authorized to file this petition on behalf of the debtor.<br><br>I have examined the information in this petition and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on ____18____<br>               MM / DD / YYYY<br><br>✗ _[signature]_____     _____<br>  Signature of authorized representative of debtor     Printed name<br><br>Title _____ |
|---|---|---|

Debtor _____  Case number *(if known)*_____
        Name

**18. Signature of attorney**

✗ _____*[signature]*_____  Date    __18__
Signature of attorney for debtor          MM / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number    Street

_____  _____  _____
City                            State     ZIP Code

_____  _____
Contact phone                       Email address

_____  _____
Bar number                               State

# WASTEPLACE, LLC
# MANAGER CONSENT RESOLUTIONS
### September 13, 2023

A majority of the Managers of WastePlace, LLC, a Texas limited liability company (the "**Company**"), hereby adopt the following resolutions:

WHEREAS, it is in the best interest of the Company to file a voluntary petition with the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code (the "**Case**");

BE IT RESOLVED, that Gary LaBreck (the "**Authorized Person**"), is authorized and directed to execute and deliver all documents necessary to perfect the filing of and pursue the conclusion of the Case on behalf of the Company; and

BE IT FURTHER RESOLVED, that the Authorized Person is authorized and directed to appear in all Chapter 11 or related proceedings on behalf of the Company; and

BE IT FURTHER RESOLVED, that the Company is authorized and directed to employ the law firm of Michael Best & Friedrich LLP to represent the Company as general counsel in the Case, pursuant to the terms of that certain Engagement Letter signed by the Authorized Person on May 22, 2023, and to employ other attorneys and professionals as may be necessary for the Company.

Dated: September 13, 2023.

**MANAGERS:**

*Rachel LaBreck* (DocuSigned)
Rachel LaBreck

*Gary LaBreck* (DocuSigned)
Gary LaBreck

*Trevor Taylor* (DocuSigned)
Trevor Taylor

*William McCann* (DocuSigned)
William McCann

A Fresh Start Moving and Junk Removal, LLC
40 Eastern Ave, Ste. 218
Malden, MA 02148

A Spotless House Cleaning
ATTN: Kevin Smith
3626 Rivers Road
Manvel, TX 77578

Aardvark Disposal Service
268 North Street
Uptown, MA 01568

Adam Greenspan
703 W. Annie Street
Austin, TX 78704

Alan Shelton
110 San Antonio Street, #2219
Austin, TX 78701

Al's Rubbish and Container Service, Inc.
556 Central Turnpike
Sutton, MA 01590

Andrea Lucas
63 Old Gorse Way
Mawsley Kettering
Northamptonshire, England NN14 1GJ

Andrew Scott Mueller
P.O. Box 50264
Austin, TX 78763

Arthur Poisson
694 W. Hartford Ave.
Uxbridge, MA 01569

Athens Services, Inc.
P.O. Box 60009
City of Industry, CA 91716-0009

ATX-JUNK-A-HAULICS
5805 Boulder Creek
Austin, TX 78724

Austin Dumpster Service, LLC
P.O. Box 340742
Austin, TX 78734

Balcones Recycling, Inc.
P.O. Box 679912
Dallas, TX 75267

Boris Portman
555 E. 5th Street, Ste. 723
Austin, TX 78701

Break it Down
P.O. Box 144851
Austin, TX 78714

Break it Down
P.O. Box 144851
Austin, TX 78714

C6 Disposal Systems, Inc.
2123 FM 1516 N
Converse, TX 78109

Carbon Ventures
145 Nelson Street
Brooklyn, NY 11231

Cathexis Ventures, LP
1000 Louisiana, Suite 7000
Houston, TX 77002

Central Texas Refuse, LLC (CTR)
P.O. Box 18685
Austin, TX 78760

City Waste LP
Coastal Compaction
2202 Kelley Street
Houston, TX 77026

Clark Hill Strasburger
901 Main Street, Ste. 6000
Dallas, TX 75202

Cory Allen
320 S. Canyonwood Drive
Austin, TX 78620

Cavossa Disposal Corporation
210 Nathan Ellis Hwy
East Falmouth, MA 02536

Dangelo Family
89 Columbus Avenue
Totowa, NJ 07512

Falcone Enterprises
9 Sutton Lane
Worcester, MA 01603

Frontier Waste
P.O. Box 1283
Hillsboro, TX 76645

Gary and Carie Smith
1810 Cancal Court
Merritt Island, FL 32953

Gary LaBreck
15500 Joseph Drive
Austin, TX 78734

GFL Environmental
1144 Broadway Rd
Sanford, NC 27332

Gone for Good Dumpsters, LLC
52639-2 Blackfoot Court
Forthood, TX 76544

Greg Larson
5000 Mirandy Rose Court
Middleton, WI 53562

Grime Time, LLC
4812 N IH 35
Austin, TX 78751

Harborock, Ltd.
4302 Aqua Verde
Austin, TX 78746

Henry Graham
127 Summermore Drive
Charlotte, NC 28270

Houston Waste Services
P.O. Box 691027
Houston, TX 77269

HTX Junk-A-Haulics
3214 Golden Leaf Drive
Kingwood, TX 77339

Jared Smith
2204 Trail of the Madrones
Austin, TX 78746

Jarred Worth
11223 Rose Canyon
Helotes, TX 78023

Jason Cahill
145 Nelson St
Brooklyn, NY 11231

Jason Grimsley
151 Birch Canoe Drive
Woodlands, TX 77375

Jet-A-Way Waste Services
JAW Waste
P.O. Box 227
East Greenwich, RI 02818

Joe Grimsley
2107 County Road, #2243
Cleveland, TX 77327

Joe's Organics LLC
1712 E. Riverside, #67
Austin, TX 78741

John Bench
548 Palmetto Road
Belleair, FL 33756

John Shaw
1913 Real Catorce
Austin, TX 78746

K Town Disposal, LLC
40 Lowell Road, Building 2
Salem, NH 03079

Keter Environmental, Inc
P.O. Box 417468
Boston, MA 02241

Lonestar Essential
Services, LLC
5503 Southwestern Blvd.
Dallas, TX 75209

Lucas Cook
3704 Bronco Bend Loop
Austin, TX 78744

Maher Removal and Disposal, Inc
P.O. Box 6413
Plymouth, MA 02362

Mass Junk, Inc.
66 Mount Vernon Avenue
Melrose, MA 02176

Matthew Chasen
3402 Mount Bonnell Road
Austin, TX 78731

McEachern Enterprises, Inc DBA Superior Septic
8 Indian Meadows Drive
Round Rock, TX 78665

Meicher CPAs, LLP
2349 Deming Way, Ste. 300
Middleton, WI 53562

Michael Ashby
4433 Vail Divide
Austin, TX 78738

Michael Kiefer
720 Cutlass
Lakeway, TX 78734

Michael Taylor
310 Bisset Ct
Austin, TX 78738

Moira Taylor
9633 Chamois Way
Austin, TX 78736

Pei San & Daniel Brown
501 West Ave, Unit 1804
Austin, TX 78701

Peter A. Johnson, M.D.
5110 N. Ossineke Dr.
Spring, TX 77386

Phoenix Solutions Group
549 Heimer Road, Ste. 100
San Antonio, TX 78232

Rachel LaBreck
15500 Joseph Drive
Austin, TX 78734

Recon Services Inc - (973 Materials)
P.O. Box 17665
Austin, TX 78760

Redbox+ of Central Texas
3239 Lake Park Road
Belton, TX 76513

Republic Services
5301 Brookglen Dr
Houston, TX 77017

Rhino Removal
3575 Lone Star Circle, Ste. 303
Fort Worth, TX 76177

Rhino Removal
3575 Lone Star Circle, Ste. 303
Fort Worth, TX 76177

Robin Johnston
360 Nueces Street, Ste. 1909
Austin, TX 78701

Rocking Haam, LP
62 Pascal Lane
Austin, TX 78746

Salsa Ventures LLC

P.O. Box 90998
Austin, TX 78709

Salsamobi LLC
555 E. 5th Street, Ste. 723
Austin, TX 78701

Sandusky Acq. Corp.
2700 Pegram Avenue
Austin, TX 78757

Sanjay Manickam
360 Nueces Street, Ste. 1117
Austin, TX 78701

Scott Paxton
360 Nueces Street, #2211
Austin, TX 78701

South Shore Disposal, Inc
50 Bedford Park
Bridgewater, MA 02324

Southwest Abatement
4609 Kinney Street SE
Albuquerque, NM 87105

Stacey Grillo
148 Rumson Road
Rumson, NJ 07760

Stacey McCann
360 Nueces Street, Ste. 2105
Austin, TX 78701

Stephen Jankowski
33 Henry Marsh Road
Dudley, MA 01571

Steven LaBreck
413 Lacey Oak Loop
San Marcos, TX 78666

Superior Disposal LLC
P.O. Box 2120
San Marcos, TX 78667

Supreme Junk Removal
268 Centre Street
Netwon, MA 02458

Texas Disposal Systems (TDS)
P.O. Box 674090
Dallas, TX 75267

The Junkluggers of Austin
P.O. Box 160612

Austin, TX 78716

TIFEC Venture WP, LLC
11150 Overbrook Rd., Ste. 210
Leawood, KS 66211

Todd Jankowski
P.O. Box 723
Webster, MA 01570

Trevor Taylor
9633 Chamois Way
Austin, TX 78736

Tri-Recycling Inc
P.O. Box 26499
Austin, TX 78755

Waste Connections, Inc – WCN
P.O. BOX 17608
Austin, TX 78760

William Henry Agency
1001 Locust St
Kansas City, MO 64106

William Tyson Ferguson
2104 Campfield Pkwy
Austin, TX 78745